UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. KEENER, Derivatively on Behalf of WEIGHT WATCHERS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MINDY GROSSMAN, RAYMOND DEBBANE, STEVEN M. ALTSCHULER, M.D., PHILIPPE J. AMOUYAL, CYNTHIA ELKINS JONAS M. FAJGENBAUM, DENIS F. KELLY SACHA LAINOVIC THILO SEMMELBAUER, CHRISTOPHER J. SOBECKI and OPRAH WINFREY, <br><br> Defendants, <br><br> and, <br><br> WEIGHT WATCHERS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No.: 1:19-cv-05539 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff David M. Keener files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment, nor has the complaint been served on any of the defendants. No monetary compensation has been rendered to Plaintiff in return for this dismissal. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Dated: July 8, 2019

                                     **GAINEY McKENNA & EGESTON**

                                     By: <u>*/s/ Thomas J. McKenna*</u>
                                             Thomas J. McKenna
                                     Gregory M. Egleston
                                     440 Park Avenue South, 5th Floor
                                     New York, New York 10016
                                     Telephone: (212) 983-1300
                                     Facsimile: (212) 983-0383
                                     Email: tjmckenna@gme-law.com
                                     Email: gegleston@gme-law.com

                                     *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July \_\_\_\_, 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                       */s/ Thomas J. McKenna*
                                                       Thomas J. McKenna